**FOR SETTLEMENT PURPOSE ONLY**

(Serafina)

**CALCULATION FOR**   **Jose Ortega Sanchez**

**PERIOD 1**

| | | |
|---|---|---|
| **Assumptions:** | Period Worked | April 1, 2015 to April 30, 2015 |
| | Number of weeks worked | 4 weeks |
| | Hours worked/week | 60 hours |
| | Salary | $14.00/hour |

**Unpaid Overtime due to Time Shaving**

During this working period, Plaintiff was not paid for 2.4 hours each workday.

    Unpaid Wage = $21* x (Hours per day) x (Work days per week) x (Number of weeks)
                  = $21 x 2.4 x 5 x 4
                  = $1,008.00

    *Off-the-clock hours were overtime hours.

**Spread of Hour Premium**

During this working period, unpaid spread of hours premium was 5 days per week.

    Unpaid SOH = $8.75* x (Number of days worked more than 10 hours) x (Number of weeks)
                  = $8.75 x 5 x 4
                  = $175.00

    *The minimum hourly rate in New York from January 1, 2015 to December 31, 2015 was $8.75.

**Period 1 Total** =   $1,183.00

**PERIOD 2**

| | | |
|---|---|---|
| **Assumptions:** | Period Worked | May 1, 2015 to September 1, 2015 |
| | Number of weeks worked | 18 weeks |
| | Hours worked/week | 48 hours |
| | Salary | $1200/week |

**Overtime Wage**

Weekly salary divided by hours worked per week equals regular rate of:   $25.00

    Unpaid OT = 0.5 x (Regular Rate) x (Hours Above 40 hrs) x (Number of weeks)
                = 0.5 x 25 x 8 x 18
                = $1,800.00

**Period 2 Total** =   $1,800.00

    **BACK WAGE**   = **Period 1 + Period 2**
                      **$2,983.00**