USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ORTEGA SANCHEZ, ~~on behalf of himself, FLSA Collective Plaintiffs, and the Class~~

        Plaintiffs,

v.

SOFIA FABULOUS PIZZA CORP., SOFIA 61st STREET CORP., SERAFINA BROADWAY, LTD., SERAFINA 77 WEST LLC; REGENCY RESTAURANT LLC, SERAFINA MEATPACKING LLC, SOFIA 58th ST. CORP., 1260 RESTAURANT CORP., SERAFINA EAST HAMPTON CORP., SERAFINA WHITE PLAINS LLC, BRASSERIE COGNAC DU MONSIEUR BALLOON CORP., VITTORIO ASSAF a/k/a VICTOR ASSAF, and PASQUALE GRANATO a/k/a FABIO GRANATO

        Defendants.

Case No.: 17-cv-01615 (SHS)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

**WHEREAS**, the Parties reached a settlement of this action and Plaintiff's claims set forth in the First Amended Complaint filed in this case, through arms-length negotiations with the assistance of counsel, and have entered into a Negotiated Settlement Agreement and Release (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of Plaintiff's Fair Labor Standards Act claims set forth in the First Amended Complaint; and

**WHEREAS**, this Court shall retain jurisdiction to enforce the terms of the Agreement;

8

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. No attorneys' fees or costs will be awarded to any party by the Court, except as provided in the the Agreement. The terms of the Agreement have been presented for review and approval by the Court and the Agreement is hereby approved by the Court.

The Court shall retain jurisdiction as to enforcement of the Agreement.

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By: _____
C.K. Lee, Esq.
*ATTORNEYS FOR PLAINTIFF*
30 East 39th Street, Second Floor
New York, NY 10016
(212) 465-1188

Dated: 4-6-18

JACKSON LEWIS P.C.

By: _____
Felice B. Ekelman, Esq.
Douglas J. Klein, Esq.
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4000

Dated: 4-6-18

SOFIA FABULOUS PIZZA CORP.,
SOFIA 61ST STREET CORP.,

DUNNINGTON, BARTHOLOW & MILLER LLP

By: Robert Swetnick (L.A)
Robert N. Swetnick, Esq.
*ATTORNEYS FOR DEFENDANT 1260 RESTAURANT CORP.*
250 Park Avenue, Suite 1103
New York, NY 10177
(212) 349-2800

Dated: 4-6-18

9

SERAFINABROADWAY LTD., SERAFINA 77 WEST LLC, REGENCY RESTAURANT LLC, SERAFINA MEATPACKING LLC, SOFIA 58TH STREET CORP., 1260 RESTAURANT CORP., SERAFINA WHITE PLAINS LLC, BRASSERIE COGNAC DU MONSIEUR BALLOON CORP., SERAFINA EAST HAMPTON CORP., VITTORIO ASSAF a/k/a VICTOR ASSAF, and PASQUALE GRANATO a/k/a FABIO GRANATO

Dated: _____

SO ORDERED on this 26 day of July, 2018.

4831-7765-9488, v. 1

10